

# Fourth Court of Appeals
## San Antonio, Texas

August 16, 2018

No. 04-17-00007-CV

**13 HEIN, L.L.C.** and Robert P. Hein,
Appellants

v.

Analicia **PENA DE BECERRA**, Federico Javier Pena Llanos, Lilia Leticia Pena de Borrego,
Hilde Pena de Trad, Elsa Pena Cass, Zimmerman Limited Partnership No. 1,
Appellees

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2014-CVF-001164-D4
Honorable Oscar J. Hale, Jr., Judge Presiding

## O R D E R

The second motion for extension of time to file appellants' motion for rehearing is hereby GRANTED. Appellants' motion for rehearing, if any, is due no later than August 27, 2018. No further extensions of time will be considered.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of August, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court